# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00699-CV

### In re Sandra Gonzalez

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

### M E M O R A N D U M   O P I N I O N

Relator Sandra Gonzalez has informed the Court that the trial court has dismissed the underlying trial-court proceeding, making her petition for writ of mandamus moot. *See In re Kellogg Brown & Root*, *Inc.*, 166 S.W.3d 732, 737 (Tex. 2005) (orig. proceeding) ("A case becomes moot if a controversy ceases to exist between the parties at any stage of the legal proceedings . . . ."). Therefore, we dismiss the petition for writ of mandamus as moot.

_____

Michael Toth, Justice

Before Chief Justice Rose, Justices Field and Toth

Filed: December 14, 2018